**Paula Corbin JONES, Appellant,**

v.

**William Jefferson CLINTON, Danny Ferguson, Appellees.**

**Dulles Area Chapter of the National Organization of Women (DACNOW); Women's Equal Rights Legal Defense and Education Fund (WERLDEF); Judicial Watch, Inc., Amicus on Behalf of Appellant.**

No. 98–2161.

United States Court of Appeals, Eighth Circuit.

Dec. 2, 1998.

Before BOWMAN, Chief Judge, ROSS, and BEAM, Circuit Judges.

**ORDER**

The Court has before it the joint motion of all the parties to this civil litigation to voluntarily dismiss Ms. Jones's appeal. The joint motion recites that on November 13, 1998, the parties reached an out-of-court settlement, and that each party has agreed to bear his or her own costs of the appeal.

The joint motion to dismiss the appeal is granted subject to the terms of the out-of-